IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KIMBRA WILLIAMS,

     Appellant,

v.

JACKSON COUNTY, FLORIDA
and SHERIFF OF JACKSON
COUNTY, FLORIDA ,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1693

_____/

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Jackson County.
Shonna Y. Gay, Judge.

Kerry Adkison, Chipley, for Appellant.

Timothy M. Warner and William G. Warner, of Warner Law Firm, P.A., Panama City, and Keith C. Tischler of Jolly, Peterson & Truckenblood, P.A., Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

THOMAS, OSTERHAUS, and KELSEY, JJ., CONCUR.